THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. ALONZO FLYNN, a/k/a CARL COLSTON, Defendant-Appellant.

(No. 58205;

First District (5th Division)—January 31, 1974.

464

PER CURIAM.
ENGLISH, J., took no part.

James J. Doherty, Public Defender, of Chicago (Thomas Lipscomb and John M. Kalnins, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.

RENARD KEENE, Plaintiff-Appellee, *v.* THE CITY OF CHICAGO, Defendant-Appellant.

(No. 58225; )

First District (5th Division)—January 31, 1974.